In the Matter of BRITTNEY N., Appellant. NIAGARA COUNTY PROBATION DEPARTMENT, Respondent. [932 NYS2d 757]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Carni, Lindley, Sconiers and Green, JJ.